ORDER

PER CURIAM.
AND NOW, this 30th day of December, 2014, the Order of the Superior Court is AFFIRMED based on the reasoning set forth in its opinion addressing the issue on which this Court granted allowance of appeal, namely, “Does 42 Pa.C.S.A. Section 9714(a)(2) require prior sentencing as a second strike offender to invoke the third-strike sentencing provision?” Commonwealth v. Armstrong, 623 Pa. 560, 83 A.3d 411 (2014); see Commonwealth v. Armstrong, 74 A.3d 228, 239-42 (Pa.Super.2013). We express no opinion concerning the Superior Court’s treatment of any other issue.
Former Justice McCAFFERY did not participate in the decision of this case.
*622 Chief Justice CASTILLE, Justices SAYLOR, BAER and TODD join the PER CURIAM affirmance based on the intermediate court’s analysis.
Justice EAKIN files a dissenting statement in which Justice STEVENS joins.